December 15, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

RED ROOF INNS, INC., Appellant

NO. 14-10-00344-CV                    V.

DONNA JOLLY AND JAMES GLICK, Appellees
_____

This cause, an appeal from the judgment in favor of appellees, DONNA JOLLY AND JAMES GLICK, signed February 24, 2010, was heard on the transcript of the record. We order the judgment of the court below **REVERSED** and **RENDER** judgment that appellees, DONNA JOLLY AND JAMES GLICK, take nothing from appellant RED ROOF INNS, INC. We order appellees, DONNA JOLLY AND JAMES GLICK, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.